BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

<u>CRIMINAL CAUSE FOR ARRAIGNMENT & PLEA</u>

<u>SEPTEMBER 29, 2009 FROM 11:00am to 11:10am</u>

DOCKET NUMBER: CR 09-663 (RJD)

**U.S.A. -v- NAJIBULLAH ZAZI (IN CUSTODY)**
**COUNSEL: MICHAEL DOWLING (RETAINED)**

**AUSA: JEFFREY KNOX, BERIT BERGER, JAMES LOONAM**

COURT REPORTER: HENRY SHAPIRO

X CASE CALLED FOR ARRAIGNMENT & PLEA.
DEFENDANT WAIVES READING OF INDICTMENT AND ENTERS A PLEA OF NOT GUILTY TO ALL CHARGES.
DEFENSE COUNSEL MR. DOWLING INFORMS COURT THAT HE HAS BEEN RETAINED IN THIS CASE AND HAS FILED A MOTION TO APPEAR PRO HAC VICE.
GOVERNMENT MOVES TO HAVE CASE DESIGNATED AS COMPLEX.
DEFENSE COUNSEL CONCURS.
COURT: CASE DESIGNATED AS COMPLEX.
DEFENSE COUNSEL ADVISES THAT AT THIS TIME HE DOES NOT HAVE ANY APPLICATIONS TO MAKE ON BEHALF OF HIS CLIENT.
COURT: DEFENDANT IS ORDERED DETAINED, THE PRESUMPTION HAS NOT BEEN OVERCOME. ORDER OF DETENTION WILL ENTER.
COURT: TIME IS EXCLUDED TODAY THROUGH 12/3/09.
CASE ADJOURNED TO 12/3/09 AT 11:00AM.