# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | | | |
|---|---|---|---|
| **MAGISTRATE JUDGE:** Lara Eshkenazi | | **DATE:** 5/29/2025 | |
| **CLERK:** D. Wright | | | |
| **DOCKET #:** 09 CR 663(OEM) | | **LOG TIME:** 2:55-3:00pm | |
| **DEFENDANTS NAME:** Najibullah Zazi | | | |
| _x_ Present | ___ Not Present | _x_ Custody | ___ Bail |
| **DEFENSE COUNSEL:** Thomas Nooter | | | |
| _x_ Court Appointed | ___ Federal Defender | _x_ CJA | ___ Retained |
| **A.U.S.A:** Nicholas Moscow | | | |
| **INTERPRETER:** | | **LANGUAGE:** | |
| Defendant arraigned on the: ___ Complaint __ Indictment ___ Superseding Indictment _x_ Probation Violation | | | |
| _x_ Defendant pleads NOT GUILTY to ALL counts. | | _x_ Defendants first appearance. | |
| ___ Government Agent Sworn | | _x_ Rule 5f warnings given to the govt. | |
| _x_ DETENTION HEARING Held. | | ___ BAIL HEARING Held. | |
| ___ Bond set at $ | | | |
| **Defendant:** __ released ___ held pending satisfaction of bond conditions. | | | |
| ___ Defendant advised of bond conditions set by the Court and signed the bond. | | | |
| ___Surety/ies sworn, advised of bond obligations by the Court and signed the bond.<br>___(Additional) surety/ies to co-sign bond by ________________<br>___ After hearing, Court orders detention in custody. ___ Leave to reopen granted. | | | |
| ___ Order scheduling a Detention Hearing entered. | | ___ Bail Hearing set for ________ | |
| ___ Preliminary Hearing set for | | ___ Preliminary Hearing waived by defendant | |
| _x_ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned. | | | |
| ___ Order of Excludable Delay/Speedy Trial entered. | | Start Date: | End Date: |
| **Removal District:** | | **Removal District Case Number:** | |
| ___ Removal (Rule 5) Proceeding held. | | | |
| ___ Identity hearing held | | **Court:** ___ Orders removal ___ Denies Removal | |
| ___ Defendant waives Identity hearing | | ___ Defendant waives Preliminary hearing | |
| ___ No bail application presented to the court. Commitment to the District entered. | | | |
| ___ Medical memo issued. | | | |
| ___ Defendant failed to appear; bench warrant issued. | | | |
| _x_ Status conference set for **6/24/2025** @ **10:30am** before District Judge: Merchant | | | |
| **Other Rulings:** Probation officer Michael Cronin present. The government opposed bail for reasons stated on the record; order of detention entered. | | | |
| | | | |
| | | | |
| | | | |