**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NJM
F. #2025R00373

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 30, 2025

By ECF

The Honorable Orelia E. Merchant
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Najibullah Zazi
Criminal Docket No. 9-663 (OEM)

Dear Judge Merchant:

The government respectfully submits this letter in response to the Court's October 9, 2025 Order, directing the parties to file sentencing letters by October 29, 2025. As the government represented at the October 9, 2025 court appearance, there remains an unresolved question that would be material to the defendant's sentencing in this case, such that the parties agree that a brief adjournment would be appropriate to ensure that the question is resolved. Because the parties hope to proceed to sentencing quickly once the matter is resolved, the government respectfully requests a two-week adjournment, such that sentencing presently set for November 5 could be held the week of November 17, 2025. The parties anticipate filing sentencing submissions no later than one week before the sentencing, assuming that, by then, they have received the information sought from another government agency.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: ______________________________
Nicholas J. Moscow
Assistant U.S. Attorney
(718) 254-6212

cc: Thomas Nooter, Esq.
U.S. Probation Officer Michael Cronin
Clerk of the Court (OEM)