FREEMAN, NOOTER & GINSBERG
ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

*NY AND CALIF. BARS

75 MAIDEN LANE
SUITE 907
NEW YORK, N.Y. 10038

(212) 608-0808
Cell: (917) 847-1361

November 12, 2025

Honorable Orelia E. Merchant
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Consent Request for Change of Date of Sentence
by ECF

RE: United States v. Najibullah Zazi, 09 Cr 663 (OEM)

Your Honor:

I am the attorney assigned to represent the defendant, Najibullah Zazi, in the above-referenced case for a Violation of Supervised Release.

I am writing to request a brief extension of the sentence date and the date for the parties to file pre-sentence submissions. The parties propose a two-and-a-half week postponement to December 8, 2025 (or any day that week) and that we would provide our submissions week prior to that.

The reason for the request is that the parties have been working on a joint recommendation for what we would propose as a sentence in this case, but prior to imposing sentence we were hoping to have arrangements made with the Department of Homeland Security on what will happen to my client (who is a permanent resident of the United States, but not a citizen) upon his release. This has been an ongoing discussion that as of today is not completed. I note that this case has a complicated history which we want to outline for the Court in our sentencing submissions, and therefore need more time to prepare them.

I have consulted with AUSA Nicholas Moscow, Esq., who is handling the case on behalf of the government, and he has no objection and has agreed that the proposed date would be convenient for him..

I thank the Court in advance for Your Honor's consideration of this request.

Sincerely,

*/s/ Thomas H. Nooter*
Thomas H. Nooter
Attorney for Defendant

cc: AUSA Nicholas Moscow, Esq., by ECF